UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| KISAAN DIE TECH PRIVATE LIMITED, | |
| Plaintiff, | |
| v. | Court No. 21-00512 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| COALITION OF AMERICAN FLANGE PRODUCERS, | |
| Defendant-Intervenor. | |
| CHANDAN STEEL LIMITED | |
| Plaintiff, | |
| v. | Court No. 21-00540 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| COALITION OF AMERICAN FLANGE PRODUCERS, | |
| Defendant-Intervenor. | |

1

|  |  |  |
|---|---|---|
| ECHJAY FORGINGS PRIVATE LIMITED, HILTON METAL FORGING LIMITED, JAI AUTO PVT LTD, GOODLUCK INDIA LIMITED, JAY JAGDAMBA FORGINGS PRIVATE LIMITED, JAI JAGDAMBA LIMITED, JAY JAGDAMBA PROFILE PRIVATE LIMITED, SHREE JAY JAGDAMBA FLANGES PVT. LTD, BALKRISHNA STEEL FORGE PVT. LTD, PRADEEP METALS LIMITED, AND BEBITZ FLANGES WORKS PRIVATE LIMITED | ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Court No. 21-00542 |
| UNITED STATES, | ) ) |  |
| Defendant, | ) ) |  |
| and | ) ) |  |
| COALITION OF AMERICAN FLANGE PRODUCERS, | ) ) ) |  |
| Defendant-Intervenor. | ) ) |  |

## CONSENT MOTION TO CONSOLIDATE CASES

Pursuant to Rules 7 and 42(a) of the Rules of the United States Court of International Trade (USCIT R.), defendant, the United States, respectfully requests that the Court consolidate the following cases: *Kisaan Die Tech Private Limited v. United States*, No. 21-00512; *Chandan Steel Limited v. United States*, No. 21-00540; and *Echjay Forgings Private Limited v. United States*, No. 20-00542, into *Kisaan Die Tech Private Limited v. United States,* Consol. Ct. No. 21-00512. We have conferred with counsel for the other parties in these cases, each of whom consents to consolidation.

Rule 42(a) provides that when actions involving "a common question of law or fact" are pending before the Court, the Court may order all the actions consolidated and may issue any other orders to avoid unnecessary costs or delay. The provisions of Rule 42(a) are applicable here. All three cases stem from challenges to the final results from the same antidumping determination issued by the Department of Commerce in *Stainless Steel Flanges from India*, 86 Fed. Reg. 47,619 (Dep't of Commerce Aug. 26, 2021), and the administrative record, which contains the complete universe of the facts for the cases and is identical in each case. Moreover, these actions "involve . . . common question{s} of law or fact," including, for example, whether Commerce's determination of the "all other" rate in this administrative review was supported by substantial evidence and otherwise in accordance with law, and whether Commerce's calculation of the dumping margin for Chandan based on adverse facts available was supported by substantial evidence and otherwise in accordance with law.

In addition to the named cases involving common questions of law and fact, consolidation will promote judicial and administrative efficiency. Because plaintiffs' respective claims interrelate by virtue of their origin in the same administrative determination, non-consolidation or partial consolidation of these three cases could pose serious challenges to the Court, Commerce, and the parties. To avoid administrative and judicial challenges where the calculated rates are so intertwined, the Court should grant the motion for consolidation, because not consolidating these cases could result in "unnecessary cost or delay." USCIT R. 42(a). Moreover, consolidation should not result in any increased administrative burden on the Court and should, in fact, increase efficiency for the Court and the parties by having a single briefing schedule, administrative record, and oral argument.

Accordingly, we respectfully request that the Court consolidate the above-captioned cases into *Kisaan Die Tech Private Limited v. United States,* Consol. Ct. No. 21-00512.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/Geoffrey M. Long

OF COUNSEL:

Kirrin A. Hough
Attorney
U.S. Department of Commerce
Office of the Chief Counsel for
Trade Enforcement & Compliance
Washington, D.C. 20230

GEOFFREY M. LONG
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0159

November 30, 2021

Attorneys for Defendant

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| KISAAN DIE TECH PRIVATE LIMITED, | |
| Plaintiff, | |
| v. | Court No. 21-00512 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| COALITION OF AMERICAN FLANGE PRODUCERS, | |
| Defendant-Intervenor. | |

| | |
|---|---|
| CHANDAN STEEL LIMITED | |
| Plaintiff, | |
| v. | Court No. 21-00540 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| COALITION OF AMERICAN FLANGE PRODUCERS, | |
| Defendant-Intervenor. | |

|                                                    |   |                     |
|----------------------------------------------------|---|---------------------|
| ECHJAY FORGINGS PRIVATE LIMITED, HILTON METAL FORGING LIMITED, JAI AUTO PVT LTD, GOODLUCK INDIA LIMITED, JAY JAGDAMBA FORGINGS PRIVATE LIMITED, JAI JAGDAMBA LIMITED, JAY JAGDAMBA PROFILE PRIVATE LIMITED, SHREE JAY JAGDAMBA FLANGES PVT. LTD, BALKRISHNA STEEL FORGE PVT. LTD, PRADEEP METALS LIMITED, AND BEBITZ FLANGES WORKS PRIVATE LIMITED | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 21-00542 |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| COALITION OF AMERICAN FLANGE PRODUCERS, | ) ) ) | |
| Defendant-Intervenor. | ) ) | |

# **ORDER**

Upon consideration of the defendant's consent motion to consolidate cases, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the above-captioned cases are consolidated into *Kisaan Die Tech Private Limited v. United States,* Consol. Ct. No. 21-00512.

Dated: _____                                     _____
                                                                                      SENIOR JUDGE TIMOTHY C. STANCEU