**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| KISAAN DIE TECH PRIVATE LIMITED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Court No. 21-00512 |
| UNITED STATES, | )<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| COALITION OF AMERICAN FLANGE PRODUCERS, | )<br>)<br>) |
| Defendant-Intervenor. | ) |

| | |
|---|---|
| CHANDAN STEEL LIMITED | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Court No. 21-00540 |
| UNITED STATES, | )<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| COALITION OF AMERICAN FLANGE PRODUCERS, | )<br>)<br>) |
| Defendant-Intervenor. | ) |

|  |  |
|---|---|
| ECHJAY FORGINGS PRIVATE LIMITED, HILTON METAL FORGING LIMITED, JAI AUTO PVT LTD, GOODLUCK INDIA LIMITED, JAY JAGDAMBA FORGINGS PRIVATE LIMITED, JAI JAGDAMBA LIMITED, JAY JAGDAMBA PROFILE PRIVATE LIMITED, SHREE JAY JAGDAMBA FLANGES PVT. LTD, BALKRISHNA STEEL FORGE PVT. LTD, PRADEEP METALS LIMITED, AND BEBITZ FLANGES WORKS PRIVATE LIMITED<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>        and<br><br>COALITION OF AMERICAN FLANGE PRODUCERS,<br><br>        Defendant-Intervenor. | Court No. 21-00542 |

### ORDER

Upon consideration of the defendant's consent motion to consolidate cases, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the above-captioned cases are consolidated into *Kisaan Die Tech Private Limited v. United States*, Consol. Ct. No. 21-00512.

Dated: November 30, 2021
New York, New York

        /s/ Timothy C. Stanceu
        Timothy C. Stanceu, Judge