UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KISAAN DIE TECH PRIVATE LIMITED, ET AL.,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　**Defendant,**<br><br>　　v.<br><br>**COALITION OF AMERICAN FLANGE PRODUCERS,**<br><br>　　　　**Defendant-Intervenor.** | **Court No. 22-00512**<br>**(Lead Case)**<br><br>**Court Nos. 22-540 & 22-542**<br>**(Member Cases in Consolidated Appeals)** |

## COALITION OF AMERICAN FLANGE PRODUCERS' MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR

　　The Coalition of American Flange Producers ("Coalition") hereby moves to withdraw from the above-captioned proceedings as Defendant-Intervenor. The Coalition no longer has an interest in the consolidated appeals. Therefore, the Coalition respectfully requests that the Court grant this motion and permit the Coalition to withdraw as Defendant-Intervenor in these actions.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Daniel B. Pickard
　　　　　　　　　　　　　　　　　　　　Daniel B. Pickard
　　　　　　　　　　　　　　　　　　　　Buchanan Ingersoll & Rooney PC
　　　　　　　　　　　　　　　　　　　　700 K St. N.W., Suite 300
　　　　　　　　　　　　　　　　　　　　Washington DC 20006-3807

　　　　　　　　　　　　　　　　　　　　*Counsel for the Coalition of American Flange Producers*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KISAAN DIE TECH PRIVATE LIMITED, ET AL.,**<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　　Defendant,<br><br>　v.<br><br>**COALITION OF AMERICAN FLANGE PRODUCERS,**<br><br>　　　　　　Defendant-Intervenor. | **Court No. 22-00512**<br>**(Lead Case)**<br><br>**Court Nos. 22-540 & 22-542**<br>**(Member Cases in Consolidated Appeals)** |

## ORDER

Upon consideration of the Coalition of American Flange Producers' ("Coalition") Motion to Withdraw, it is hereby **ORDERED** that the motion is **GRANTED**, and the Coalition's position as Defendant-Intervenor is **TERMINATED** in the above-captioned consolidated actions.

BY THE COURT:

_____