UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KISAAN DIE TECH PRIVATE LIMITED, ET AL.,** | **Court No. 21-00512** <br> **(Lead Case)** |
| Plaintiffs, | |
| v. | **Court Nos. 21-540 & 21-542** <br> **(Member Cases in Consolidated Appeals)** |
| **UNITED STATES OF AMERICA,** | |
| Defendant, | |
| v. | |
| **COALITION OF AMERICAN FLANGE PRODUCERS,** | |
| Defendant-Intervenor. | |

**COALITION OF AMERICAN FLANGE PRODUCERS'**
**MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR**

The Coalition of American Flange Producers ("Coalition") hereby moves to withdraw from the above-captioned proceedings as Defendant-Intervenor. The Coalition no longer has an interest in the consolidated appeals. Therefore, the Coalition respectfully requests that the Court grant this motion and permit the Coalition to withdraw as Defendant-Intervenor in these actions.

Respectfully submitted,

/s/ Daniel B. Pickard
Daniel B. Pickard
Buchanan Ingersoll & Rooney PC
700 K St. N.W., Suite 300
Washington DC 20006-3807

*Counsel for the Coalition of American Flange Producers*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KISAAN DIE TECH PRIVATE LIMITED, ET AL.,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　Defendant,<br><br>　　v.<br><br>**COALITION OF AMERICAN FLANGE PRODUCERS,**<br><br>　　　　　Defendant-Intervenor. | **Court No. 21-00512 (Lead Case)**<br><br>**Court Nos. 21-540 & 21-542 (Member Cases in Consolidated Appeals)** |

## ORDER

Upon consideration of the Coalition of American Flange Producers' ("Coalition") Motion to Withdraw, it is hereby **ORDERED** that the motion is **GRANTED**, and the Coalition's position as Defendant-Intervenor is **TERMINATED** in the above-captioned consolidated actions.

BY THE COURT:

_____