UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KISAAN DIE TECH PRIVATE LIMITED, ET AL.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant,<br><br>　v.<br><br>COALITION OF AMERICAN FLANGE PRODUCERS,<br><br>　　　　　　　　Defendant-Intervenor. | Court No. 21-00512<br>(Lead Case)<br><br>Court Nos. 21-540 & 21-542<br>(Member Cases in Consolidated Appeals) |

**ORDER**

Upon consideration of the Coalition of American Flange Producers' ("Coalition") Motion to Withdraw, it is hereby **ORDERED** that the motion is **GRANTED**, and the Coalition's position as Defendant-Intervenor is **TERMINATED** in the above-captioned consolidated actions.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated: August 18, 2022　　　　　　　　　 /s/ Timothy C. Stanceu
　　　　　　　　　　　　　　　　　　　　　　　Judge