IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| KISAAN DIE TECH PRIVATE LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Consol. Court No. 21-00512 |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to this Court's opinion and order dated December 8, 2023, ECF No 62, and the Court's order dated April 25, 2024, ECF No. 73, counsel for the consolidated plaintiffs, with the exception of Chandan Steel Limited (Chandan), and counsel for defendant, the United States, have consulted and submit the following joint status report.

In its December 8 opinion and order, the Court: (1) denied Chandan's motion for judgment on the agency record, filed pursuant to Rule 56.2 of this Court's rules; (2) granted the motions for judgment upon the agency record of the other consolidated plaintiffs; (3) ordered the United States to confer with the consolidated plaintiffs other than Chandan to submit an agreed-upon proposed schedule for the conduct of proceedings that will conclude this litigation; and (4) to the extent the parties were unable to agree to a schedule, ordered the United States and the consolidated plaintiffs other than Chandan to submit a joint status report setting forth their respective views.  Order at 36-37.

In response to the opinion and order, the United States and the consolidated plaintiffs other than Chandan submitted a status report in which they explained that they expected to

enter into discussions regarding a potential negotiated resolution that would avoid the need for a remand to the Department of Commerce.  Joint Status Report at 1-2, ECF No. 64.  The parties requested that the Court order the parties to report back within 60 days regarding the status of the expected discussions.  The Court entered the requested order.  ECF No. 65.  On March 22, 2024, the parties reported that they had exchanged substantive views regarding an appropriate resolution of the parties' dispute, but that the discussions were not yet complete.  The Court then ordered the parties to submit a joint status report on or before April 24, 2024.  Order, ECF No. 70.  The parties submitted a responsive joint status report, ECF No. 72, after which the Court entered an order requiring the submission of a new status report within 30 days, namely on or before May 25, 2024.

     In the time since the Court issued its most recent order, the parties have arrived at potential material terms for the resolution of this matter.  The parties are in the process of reducing those terms to writing.  To the extent the parties are able to arrive at draft terms, Government counsel of record, in consultation the Department of Commerce, will present any resulting formal offer by plaintiffs to the delegated authority of the Attorney General, for consideration.  To facilitate this process while also providing information to the Court sufficient to determine whether settlement remains likely, the parties respectfully propose that the Court again order the parties to submit a joint status report in 30 days advising the Court regarding the progress of these discussions, and proposing a schedule for further proceedings.

Respectfully submitted,

*Counsel for Plaintiff Kisaan Die Tech Private Limited*

/s/Duane W. Layton
DUANE W. LAYTON
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3811
Email: dlayton@mayerbrown.com

*Counsel for Plaintiffs Echjay Forings Private Limited, Hilton Metal Forging Limited, Jai Auto Pvt. Ltd., Goodluck India Limited, Jay Jagdamba Forgings Private Limited, Jay Jagdamba Limited, Jay Jagdamba Profile Private Limited, Shree Jay Jagdamba Flanges Pvt. Ltd., Balkrishna Steel Forge Pvt. Ltd., Pradeep Metals Limited, and Bebitz Flanges Works Private Limited*

/s/Jeremy W. Dutra
JEREMY W. DUTRA
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW.
Washington, DC 20036
(202) 626-6237
Fax: (202) 626-6780
Email: jeremy.dutra@squirepb.com

*Counsel for Defendant*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Tara K. Hogan. By L. Misha Preheim
TARA K. HOGAN
Assistant Director

/s/Geoffrey M. Long
GEOFFREY M. LONG
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC  20044
Tel. (202) 307-0159
Geoffrey.M.Long@usdoj.gov

OF COUNSEL:

ASHLANDE GELIN
Attorney
Office of the Chief Counsel
   For Trade Enforcement and
Compliance
United States Department of Commerce

May 24, 2024

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE TIMOTHY C. STANCEU

| | |
|---|---|
| KISAAN DIE TECH PRIVATE LIMITED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Consol. Court No. 21-00512 |

**ORDER**

The Court has considered the joint status report submitted by the United States and the consolidated plaintiffs other than Chandan Steel Limited. (ECF No. __). It is hereby **ORDERED** as follows:

Defendant and the above-listed plaintiffs are ordered to submit a joint status report within 30 days of the entry of this order, advising the Court regarding the progress of their discussions, and proposing a schedule for further proceedings.

Dated:_____, 2024          _____
       New York, New York                                    Timothy C. Stanceu, Senior Judge